

# NUMBER 13-13-00130-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**DAVID WOOD,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

### On appeal from the 319th District Court
### of Nueces County, Texas.

# ORDER ABATING APPEAL

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellant, David Wood, filed a notice of appeal from a conviction of assault. This cause is before the Court on the State's motion for abatement and remand. The State indicates that the record fails to reflect a properly filed affidavit of indigency and that appellant may not be entitled to an appointed attorney on appeal.

If appellant is indigent, he has a right to appointment of appellate counsel. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(d)(1) (West Supp. 2010). Because the State has indicated that appellant may not be indigent and the record fails to indicate whether appellant is indigent, we GRANT the State's motion.

Accordingly, we ABATE and REMAND this cause to the trial court. Upon remand, the trial court is directed to: (1) immediately cause notice to be given and conduct a hearing to determine whether appellant is indigent; (2) determine whether appellant's court-appointed attorney should remain as appellant's counsel; (3) make and file appropriate findings of fact and conclusions of law and cause them to be included in a clerk's record; (4) cause the hearing to be transcribed and included in a reporter's record; and (5) have these records forwarded to the Clerk of this Court within thirty days from the date of this order. If the trial court requires additional time to comply, the trial court should so notify the Clerk of this Court.

It is so ordered.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of March, 2014.

2